EX PARTE

SONDRA HUMPHREY

CONTEMPT

CAUSE NUMBER 1971655

§
§
§
§

IN THE COUNTY CRIMINAL

COURT AT LAW NUMBER

HARRIS COUNTY, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
9/18/2015
ABEL ACOSTA, CLERK

## JUDGMENT OF CONTEMPT

Whereas, On April 10, 2014, the Fourteenth Court of Appeals abated the appeal in Karen Wooding Bryant v. The State of Texas, No. 14-13-00922-CR due to the failure of the court reporter, Sondra Humphrey (hereinafter "Humphrey") to file the reporter's record; and

Whereas, on April 15, 2014, the following appeals were also abated by the First Court of Appeals due to Humphrey's failure to file the reporter's records: Luis Sanchez Acosta v. The State of Texas, No. 01-13-01048-CR; Victor Charles Bankett v. The State of Texas, No. 01-13-00896-CR; Rudy Matamoros, Jr. v. The State of Texas, No. 01-13-00633-CR; and Israel Castillo v. The State of Texas, No. 01-13-00632-CR; and

Whereas, accordingly, at a hearing on June 19, 2014, in County Criminal Court at Law No. Ten (hereinafter "CCCL #10"), this Court ordered Humphrey's retained counsel, Lott Brooks, to instruct Humphrey to provide all of her notes, audio recordings, and exhibits to her attorney for release to the Court no later than 5:00 p.m. on June 23, 2014, in the aforementioned cases. A compliance hearing was also scheduled for 9:00 a.m. on June 24, 2014; and

Whereas, Humphrey failed to turn over her notes, and audio recordings, and exhibits in the aforementioned cases by June 23, 2014. On June 24, 2014, Humphrey and her attorney also failed to appear at 9:00 a.m. in the courtroom of CCCL #10. On the afternoon of June 24, 2014, Humphrey provided this Court with unedited versions of the written records in the aforementioned cases, but failed to submit the audio recordings for each case; and

Whereas, at a hearing on June 27, 2014, Humphrey again failed to provide this Court with the audio recordings for the aforementioned cases. Humphrey subsequently submitted CDs purportedly containing the audio recordings to this Court at a hearing on June 30, 2014. However, the audio recording for Karen Wooding Bryant was not provided, and the audio recordings for the other cases were incomplete; and

Exhibit
A

Whereas, in addition, Humphrey failed to appear for a hearing at 10:30 a.m. in the courtroom of CCCL # 10; and

Wheareas, Humphrey's repeated failure to appear for hearings and to provide this Court with all of the notes and audio recordings in the aforementioned cases has caused the postponement and delay of the orderly progress of the proceedings in the aforementioned cases, obstructed the Court in the administration of justice, and constituted an act of contempt of Court.

IT IS THEREFORE **ORDERED, ADJUDGED,** AND **DECREED,** that Sondra Humphrey, by reason of said acts was and is here now guilty of contempt of the authority of County Criminal Court at Law Number 10 of Harris County, Texas, committed in its presence on the dates referenced above; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED,** that her punishment be assessed at _____30_____ (✓ days in jail and a fine of _____500.00_____ ($   ) Dollars plus costs of court. It is further ordered that Humphrey shall serve her confinement in the Harris County Jail from _12_ a.m./p.m. on _August 15_____ 2014, to _12:01_ a.m./p.m. on _September 14,_ 2014.

IT IS **FURTHER ORDERED** that the Clerk of this court issue a WRIT OF COMMITMENT addressed to the Sheriff of Harris County, Texas, commanding him to take the body of the said Sondra Humphries and keep her safely in the Harris County Jail until the jail sentence has been served and the fine and court costs are paid or the judgment is otherwise satisfied as provided by law. The clerk is hereby **FURTHER ORDERED** to serve a copy of the commitment order on Sondra Humphrey and said writ shall be accompanied by a certified copy of this judgment.

SIGNED this _15_ day of August, 2014.

_____
SHERMAN A. ROSS, Judge,
County Criminal Court at Law No. 10
Harris County, Texas